NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONDIS TECHNOLOGY LTD.,**
*Plaintiff-Appellee,*

v.

**CHIMEI INNOLUX CORPORATION AND INNOLUX CORPORATION,**
*Defendants-Appellants.*

---

2012-1304

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 11-CV-0378, Judge J. Rodney Gilstrap.

---

## ON MOTION

---

## ORDER

Chimei InnoLux Corporation and InnoLux Corp. ("InnoLux") move for an extension of time until June 25, 2012, to file an opening brief. Mondis Technology Limited opposes. InnoLux replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. InnoLux's principal brief is due no later than June 25, 2012.

FOR THE COURT

JUL 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Martin J. Black, Esq.
James P. Brogan, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK